FORM B104  (08/07)                                                                      2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Roni Martirosi | Saghis Davtyan |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Arshak Bartoumian Esq. (210370) 116 W. Stochon St, Suite 11 Glendale Ca 91202 818-636-5513 tel | Sean Keshishyan, 1201 N. Pacific Ave, Suite 204 Glendale Ca 91202 |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin | ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin |
| ☒ Creditor   ☐ Other | ☐ Creditor   ☐ Other |
| ☐ Trustee | ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to Determine Non-Dischargeability of Debt Pursuant to 11 USC § 523 (a) 2(A); money loaned

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief -- other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

RECEIVED
MAY 16 2011

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 250,000 |

FORM B104 (08/07), page 2                                              2007 USBC, Central District of California

Other Relief Sought

---

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| SARKIS DAVTYAN | 2:10-BK-48584 |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| Central District | LA | Peter Carroll |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| 5-15-2011 | Areshalk Bartoumian. |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as par of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

RECEIVED

MAY 16 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

ARTHUR BARTOUMIAN (210370)
116 W. Stocker St Suite 1
Glendale Ca 91202
Law Offices of Arshak Bartoumian
818-636-5513 tel
866-400-4091 Fax

Attorney for Plaintiff   Plaintiff.

FOR COURT USE ONLY

FILED

MAY 16 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

SARKIS DAVTYAN

Debtor.

RON MARTIROS

Plaintiff(s),

vs.

SARKIS DAVTYAN

Defendant(s).

CHAPTER   7

CASE NUMBER   2:10-bk-45584-PC

ADVERSARY NUMBER

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

## SUMMONS AND NOTICE OF STATUS CONFERENCE

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|

☒ 255 East Temple Street, Los Angeles        ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
         *Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*

# F 7004-1

Summons and Notice of Status Conference - *Page 2*                **F 7004-1**

| In re | (SHORT TITLE) | | CASE NO.: |
|-------|---------------|--|-----------|
|  | _Marchisi_ v. _Davtyan_ | Debtor(s). | 2:12-bk-45584 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

116 w. Stocker St, Suit 1. Glendale Ca 91202

A true and correct copy of the foregoing document described as ___Summons & Notice of Status conference___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __May 16, 2011__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5-16-2011 | Manuel Shahmelian | _(signature)_ |
|-----------|-------------------|---------------|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Form B 250A (12/09)

## United States Bankruptcy Court
## __CENTRAL__ District Of __CALIFORNIA__

In re __SARKIS  DAVTYAN__          )          Case No. __2:10-bk-45584-PC__
_____Debtor_____               )
                                   )          Chapter ___7___
                                   )
__RONI  MARTIROSI__                )
_____Plaintiff_____            )
                                   )
v.                                 )          Adv. Proc. No. _____
                                   )
__SARKIS DAVTYAN__                 )
_____Defendant_____            )

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to
this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this
summons, except that the United States and its offices and agencies shall file a motion or answer to the
complaint within 35 days.

Address of the clerk:    255 S. Temple Street, Room 900
                         Los Angeles  CA  90007

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:    ARSHAK  BARTOUMIAN
                                             116 W. Stocker St. Suite 1
                                             Glendale  CA  91202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED
TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT
AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF
DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, _Manvel Stohnelian_ (name), certify that service of this summons and a copy of the complaint was made _May 16, 2011_ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Sean Keshishyan
1201 N. Pacific Ave, Suite 204
Glendale Ca 91202

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _5-16-2011_          Signature _Manvel Stohnelian_

Print Name : _Manvel Stohnelian_

Business Address: _116 W. Stocker St_
_Glendale Ca 91202_

1  ARSHAK ARTOUMIAN
   Attorney at Law
2  Arshak Bartoumian (SBN 210370)
   116. W. Stocker Street, Suite 1
3  GLENDALE, CA 91202
   TEL: (818) 636-5513
4  FAX: (866) 400-4091

FILED

MAY 16 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

5  Attorneys for Plaintiff and Creditor Roni Martirosi.

6

7

8  ### UNITED STATES BANKRUPTCY COURT

9  ### CENTRAL DISTRICT OF CALIFORNIA:  LOS ANGELES

| | |
|---|---|
| 10  RONI MARTIROSI, | Case No. 2:10-bk-45584-PC |
| 11  Plaintiff and Creditor | **Chapter 7** |
| 12  v. | **ADV.NO.**_____ |
| 13 | |
| 14  SARKIS DAVTYAN, | **COMPLAINT TO DETERMINE NON-DISCHARGE-ABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(2)(A);** |
| 15  Defendant and Debtor. | |
| 16 | **Judge: PC** |
| 17 | (Hearing date to be set by summons) |
| 18 | |
| 19 | |

20  Plaintiff and Creditor Roni Martirosi hereby alleges causes of action against Debtor and

21  Defendant, Sarkis Davtyan, pursuant to 11 U.S.C. § 523 and 11 U.S.C.  § 727, to commit fraud a as

22  follows:

23  **JURISDICTION AND VENUE**

24  1.  This court has jurisdiction over this action pursuant to 28 U.S.C. § 1334.

25

26

27

28

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY

1

2. This is an adversary proceeding under Bankruptcy Rule 7001(6) to determine the dischargeability of a debt and under Bankruptcy Rule 700 1(4) to object to the Debtors' discharge.

3. Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409.

**PARTIES AND GENERAL ALLEGATIONS**

4. At all times relevant herein, Roni Martirosi, was and is a competent adult, an individual residing in Los Angeles County.

5. At all times relevant herein, Sarkis Davtyan was and is a competent adult, an individual residing in Los Angeles County.

6. Plaintiff is informed and believes, and based thereon alleges that at all times relevant herein, Defendant Sarkis Davtyan, was and has representatives and agents of each other, and such Defendants, and each of them, during the acts hereinafter mentioned, were and are acting within the course and scope of their authority as such representatives and agents and were and are acting at the direction and with the consent of such co-Defendant, and each of them.

7. On or about January 16, 2008 and 2009, Roni Martirosi gave funds and loans to debtor Sarkis Davtyan with a security interest on his property according to the proof of claim, filed in the bankruptcy court. See attached Exhibit "A" is a true and correct copy of the note, checks, and documents as to the loan agreement. As part of this agreement, defendants promised to pay loan back to plaintiff. This promise was evidenced, in part, by defendants signing the agreement and/or initialing each page of the agreement.

8. On or about March 29, 2010, defendants breached the agreement by failing to pay plaintiff the outstanding balance as previously agreed in the written fee agreement in the amount of

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY

2

$ 250,000.00. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

9.  Plaintiff suffered damages legally (proximately) caused by defendants breach of the agreement as follows Plaintiff has been deprived of the monies owed, and now has to incur attorney's fees and costs to recover said amounts.

10. Plaintiff alleges that defendant Sarkis Davtyan became indebted to plaintiff within the last four years for loan rendered at the special instance and request of defendants and for which defendants promised to pay plaintiff the sum of $250,000.0.

11. Plaintiff alleges that defendant defrauded plaintiff as follows.

12. Defendants made representations of material fact as follows.  On or about 2008 and 2009 the moneys loaned to by plaintiff was to be used to pay off a judgment and therefore the moneys were loaned.  (See Exhibit A).  As part of this agreement, defendants promised to pay to plaintiff.  This promise was evidenced, in part, by defendants signing the agreement and/or initialing each page of the agreement.

13. Defendant representations that he would pay to plaintiff were in fact false. Defendants never intended to pay the loan back, but instead filed for bankruptcy protection..

14. When defendants made the representations that they would pay to plaintiff, he knew these statements to be in fact false.  Defendant made the representations with the intent to defraud and induce plaintiff to provide loan to defendant Sarkis Davtyan.  At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

15. Defendants concealed or suppressed material facts from plaintiff by not telling plaintiff of their scheme never to pay for the loan and instead file bankruptcy protection.  Instead,

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY

3

defendants told plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

16. Defendants concealed or suppressed these facts with the intent to defraud and induce plaintiff to provide the loan to defendant Sarkis Davtyan. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

17. Defendants made a promise about a material matter without any intention of performing it, as follows. Defendants signed an agreement with plaintiff for plaintiff to provide back the loan. As part of this agreement, defendants promised to pay the loan to plaintiff. This promise was evidenced, in part, by defendants signing the agreement and or initialing each page of the agreement.

18. Defendant made promises without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to provide the moneys and loan for defendant Sarkis Davtyan. At the time plaintiff acted, plaintiff was unaware of defendants' intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise. In justifiable reliance upon defendants' conduct, plaintiff was induced to perform legal services to defendant Sarkis Davtyan based on defendants false representations and promises to pay the loan and moneys back.

19. Because of plaintiff's reliance upon defendants' conduct, plaintiff has been damaged in that plaintiff rendered the loan, but plaintiff has not been paid for said loan in the amount of $250,000.

20. In doing or failing to do the aforementioned acts, the defendants and each of them, acted with fraud, oppression and malice toward plaintiff and with a conscious disregard of plaintiff's

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY

4

rights and with the intent to vex, injure or annoy plaintiff. Specifically,  defendants signed

and or initialed the Agreement (Ex. A).

21. By virtue thereof, the plaintiff is therefore entitled to an award of punitive or exemplary

damages in an amount to be determined at the time of trial, sufficient to punish and make an

example of defendant, and each of them.  Plaintiff is entitled to recover attorney's fees for

having to prosecute this matter to collect on money owed.

### FIRST CLAIM FOR RELIEF

(Money or Property Obtained by Fraud-11 U.S.C. § 523(a)(2)(A) Against the Defendants)

22. Plaintiff re-alleges and incorporates herein by reference the allegations contained in each of

the above stated paragraphs hereof.

23. As a result of the misrepresentations and fraudulent activities of the defendant, plaintiff relied

upon those representations to his detriment and provided moneys and loans to defendant

Sarkis Davtyan, which were obtained by false pretenses, a false representation or actual fraud.

24. As a result of the misrepresentations and fraudulent activities of defendant, plaintiff suffered

losses and, accordingly, requests a determination that the losses which he would have

incurred are debts which are an exception to discharge and not dischargeable.

25. Based on the facts set forth herein, and the principles of the bankruptcy should not be

discharged, and the debt should not be non-dischargeable pursuant to 11 U.S.C. §

523(a)(2)(A).

**WHEREFORE,** plaintiff respectfully requests that the Court:

1. Determine that the defendants' indebtedness to plaintiff is an exception to the discharge and

not dischargeable pursuant to 11 U.S.C. §523 (a)(2);

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY

2. Award general, compensatory and consequential damages in an amount in excess of $250,000, to be established according to proof at trial, plus interest on these sums at the rate of 10 % per annum from the date the damage, expense and/or cost was incurred (i.e. from the date of failure to pay legal fees as alleged above);

3. Award exemplary and punitive damages in an amount appropriate to punish and deter or set an example of defendants;

4. Award interest from the current date to the date of entry of judgment at the appropriate legal rate;

5. Award reasonable attorneys' fees incurred by plaintiff to date and to be incurred by plaintiff hereafter in connection with this action;

6. Award all costs incurred by plaintiff to date and to be incurred by plaintiff in connection with this action; and

7. Award such other and further relief as the Court deems just and proper.


DATED: April 27, 2011                    Respectfully submitted,



_____
Arshak Bartoumian, Esq.
Attorney for Plaintiff

EXHIBIT "A"





| | |
|---|---|
| R/T Number | 12104288 |
| Sequence Number | 007124842974 |
| Account Number | 0433566080 |

| | |
|---|---|
| Processing Date | 20091008 |
| Amount | 31000.00 |
| Serial Number | 000000000001762 |

4/5/11          11:59:06 AM          Page 1 of 1

*MN22826803333.1B*





| | | |
|---|---|---|
| R/T Number | 12104288 | Processing Date    20100524 |
| Sequence Number | 008210714898 | Amount    20000.00 |
| Account Number | 1812525770 | Serial Number    000000000002519 |

This is only Ckes l give Him.
l have more Cashies Cks that l
give Him and most of it was
Cash.

4/5/11        11:53:03 AM        Page 6 of 6

MN12826798309.1B



| R/T Number | 12104288 | Processing Date | 20100510 |
| Sequence Number | 000827564743 | Amount | 12000.00 |
| Account Number | 1812525770 | Serial Number | 000000000002511 |

this OK was maid For Him buying
a car From I.V. Auto sale.
l Can prove It

4/5/11      11:53:03 AM      Page 1 of 6

MN12826798309.1B

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Central District Of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Sarkis Davtyan | Case Number: 2:10-45584-PC |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Rony Martirosi | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>ARSHAK BARTOUMIAN, ATTORNEY AT LAW<br>116 w. Stocker Street, Suite 1<br>Glendale, CA 91205<br>Telephone number: 818-636-5513 | Court Claim Number: _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $ 76,000 | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** loan of money<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>Value of Property: $ 76,000  Annual Interest Rate ___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $ 48,000  Basis for perfection: _____<br><br>Amount of Secured Claim: $ 76,000  Amount Unsecured: $_____ | ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. | *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| If the documents are not available, please explain: | |

| | | |
|---|---|---|
| Date: 11/6/10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Arshak Bartomian* | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, and but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

---

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

EXHIBIT "1"

I Rony Martinesy Give Sarkis

Davidyan DL# A4013286 FOR

the amount of $46.400. Ck#

ck#
1762 → $31.000 and the Rest in

Cash. I have a lien on the House

that he Has and the amount is more

than the toutal. If not paid on

time (in 4 mounts) I will chang all

the Leagal changes (Loyer caast, count

and my time). And if date it

Will Be % intrest changes and penalty.

SS#
Home# SS1 0067

Sankis Davityan
1517 Clivland R.
Glentu CA 91202.

Account number: 1812525770 ■ June 1, 2010 - June 30, 2010 ■ Page 2 of 4



*my Bissnees #* (handwritten)

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $3,134.20 |
| Deposits/Credits | 18,949.27 |
| Withdrawals/Debits | - 19,576.09 |
| Ending balance on 6/30 | $2,507.38 |
| Average ledger balance this period | $6,126.31 |

Account number: **1812525770**

RONY MARTIROSI
DBA EZ AUTO SHOP

California account terms and conditions apply

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

*This may Be the ck-s I give him* (handwritten)

### Wells Fargo Rewards for Business Check Card

| | |
|---|---|
| Total points available as of 6/29/2010 | 0 |
| Points earned in the month of May | 0 |
| Points redeemed in the month of May | 0 |

Get your most current point balance and redeem rewards at WellsFargoRewards.com or call 1-888-246-1834 .

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | ATM Check Deposit - 05/29 Mach ID 2255O 900 N San Fernando Burbank CA 1778 | 4,522.50 | | |
| 6/1 | 2520 | Check | | 2,125.00 | 5,531.70 |
| 6/3 | | Deposit Made In A Branch/Store | 1,000.00 | | 4,531.70 |
| 6/3 | 2522 | Cashed Check | | 2,000.00 | 13,858.47 |
| 6/8 | | ATM Check Deposit - 06/08 Mach ID 0639A 12160 Victory Blvd N Hollywood CA 1778 | 9,126.77 | | 6,332.47 |
| 6/9 | 2523 | Cashed Check | | 7,326.00 | 6,832.47 |
| 6/24 | | Deposit | 500.00 | | |
| 6/28 | | ATM Check Deposit - 06/28 Mach ID 0933B 900 N San Fernando Burbank CA 1778 0001527 | 2,800.00 | | 9,577.47 |
| 6/28 | 2521 | Check | | 55.00 | |
| 6/29 | 2526 | Cashed Check | | 7,000.09 | 2,007.38 |
| 6/29 | 2524 | Check | | 570.09 | |
| 6/30 | | Deposit | 1,000.00 | | 2,507.38 |
| 6/30 | 2527 | Check | | 500.00 | 2,507.38 |
| Ending balance on 6/30 | | | $18,949.27 | $19,576.09 | |

**Totals**

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2520 | 6/1 | 2,125.00 | 2522 | 6/3 | 2,000.00 | 2524 | 6/29 | 570.09 |
| 2521 | 6/28 | 55.00 | 2523 | 6/9 | 7,326.00 | 2526 | 6/29 | 7,000.00 |

Account number: 1812525770  ■  May 1, 2010 - May 31, 2010  ■  Page 2 of 4

*[handwritten: This is Bissnes ck #]*

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/3 | | ATM Cash Deposit - 05/01 Mach ID 8543P 16830 San Fernando Ml Granada Hills CA 1778 | 4,000.00 | | |
| 5/3 | | Check | | 352.00 | 32,916.95 |
| 5/3 | 2510 | Check | | 33.97 | 32,882.96 |
| 5/5 | 2512 | Check | | | |
| 5/10 | | ATM Check Deposit - 05/09 Mach ID 2255O 900 N San Fernando Burbank CA 1778 | 2,500.00 | | |
| 5/10 | | Check | | 12,000.00 | 23,382.98 |
| 5/10 | 2511 | Check | | | |
| 5/11 | | Deposit Made In A Branch/Store | 1,000.00 | | |
| 5/11 | 2514 | Check | | 3,900.00 | 20,482.98 |
| 5/20 | | ATM Check Deposit - 05/20 Mach ID 0346D 16844 San Fernando Ml Granada Hills CA 1778 | 9,874.22 | | |
| 5/20 | | Cashed Check | | 4,000.00 | |
| 5/20 | 2516 | Check | | 500.00 | |
| 5/20 | | ATM Withdrawal - 05/20 Mach ID 0346D 16844 San Fernando Ml Granada Hills CA 1778 | | 5,000.00 | 20,857.20 |
| 5/20 | 2517 | Check | | 5,500.00 | 15,357.20 |
| 5/21 | 2518 | Cashed Check | | | |
| 5/21 | | Online Transfer Ref #be55T4Xcw From Complete Advantage(Rm) xxxxxx6080 on 05/22/10 | 7,777.00 | | |
| 5/24 | | | | 20,000.00 | 3,134.20 |
| 5/24 | 2519 | Check | | | 3,134.20 |
| Ending balance on 5/31 | | | | | |
| **Totals** | | | **$24,951.22** | **$51,085.97** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2510 | 5/3 | 352.00 | 2514 * | 5/11 | 3,900.00 | 2518 | 5/21 | 5,500.00 |
| 2511 | 5/10 | 12,000.00 | 2516 * | 5/20 | 4,000.00 | 2519 | 5/24 | 20,000.00 |
| 2512 | 5/5 | 33.97 | 2517 | 5/20 | 5,000.00 | | | |

* Gap in check sequence.

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 9 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

**Text Banking for Everyone**

Now anyone with a Mobile Phone can text Wells Fargo for account balances!

All customers can now monitor their accounts while they are on-the-go with Text Banking*. Go to wf.com/text on your mobile device to sign up. After you sign up, a simple text request sent to 93557 (WELLS), such as "bal" provides current available account balances**, "atm" delivers the address of the nearest Wells Fargo ATM, "due" returns credit card payment information, and "com" will display back all our text commands. Also, customers with web-enabled phones can use wf.com, our optimized mobile website, to do even more such as transfer funds and pay bills. Start Mobile Banking today.

*[handwritten: This may Be the CK-s I give him]*

Account number: 433566080  ■  May 1, 2010 - May 31, 2010  ■  Page 5 of 7

*This is From My CK#* (handwritten)


WELLS
FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/21 | | POS Purchase - 05/20 Mach ID 000000 The Home Depot The Home DvaniNuys CA 1778 ?McC=5200 121042882DA | | 298.85 | |
| 5/21 | | POS Purchase - 05/21 Mach ID 000000 The Home Depot The Home Dburbank CA 1630 ?McC=5200 121042882DA | | 14.59 | |
| 5/21 | | Check Crd Purchase 05/19 Masis Kabob Glendale CA 487309xxxxxx1630 141040009531488 ?McC=5812 121042882DA90 | | 10.79 | 7,135.37 |
| 5/24 | | ATM Check Deposit - 05/24 Mach ID 0345D 16844 San Fernando MI Granadal Hills CA 1630 | 6,893.00 | | |
| 5/24 | | Online Transfer Ref #be/2SP7C From Savings xxxxxx2927 on 05/22/10 | 20,000.00 | | |
| 5/24 | | Online Transfer Ref #be55T4Xcw to Business Checking xxxxxx5770 on 05/22/10 | | 7,777.00 | |
| 5/24 | | Bill Pay Just Motgage Recurringxxxx4114 on 05-24 | | 1,058.35 | |
| 5/24 | | POS Purchase - 05/23 Mach ID 000000 Verizon Wirelesverizon Winorthridge CA 1630 ?McC=4812 121042882DA | | 235.09 | |
| 5/24 | | POS Purchase - 05/23 Mach ID 000000 Love Culture Nolove Culturnorthridge CA 1630 ?McC=5691 121042882DA | | 78.25 | |
| 5/24 | | POS Purchase - 05/24 Mach ID 000000 Costco Whse #06Costco Wheburbank CA 1630 ?McC=5300 121042882DA | | 53.95 | |
| 5/24 | | POS Purchase - 05/24 Mach ID 000000 Raffas Market/9Raffas Marburbank CA 1630 ?McC=5499 121042882DA | | 48.74 | |
| 5/24 | | POS Purchase - 05/22 Mach ID 000000 Big Lots #04011Big Lots #Granada Hillsca 1630 ?McC=5310 121042882DA | | 28.12 | |
| 5/24 | | Check Crd Purchase 05/21 LOC*Lifelock 800-5433562 AZ 434256xxxxxx1778 143040022296543 ?McC=5968 121042882DA01 | | 20.00 | |
| 5/24 | | Check Crd Purchase 05/22 Subway 00019877 Mission Hills CA 487309xxxxxx1630 144040006951963 ?McC=5814 121042882DA90 | | 15.98 | |
| 5/24 | | POS Purchase - 05/22 Mach ID 000000 #06383 Albertso#06383 Albgranada Hill CA 1630 ?McC=5411 121042882DA | | 11.27 | 23,701.62 |
| 5/25 | | Check Crd Purchase 05/23 Adelina's Meditaranean North Ridge CA 487309xxxxxx1630 145040007483160 ?McC=5814 121042882DA90 | | 20.58 | |
| 5/25 | | Bill Pay Kid Kizer Recurringxxxxxx0366 on 05-25 | | 16.00 | 23,656.72 |
| 5/25 | | Bill Pay Cit Cards on-Line Xxxxxxxxxxxx3495 on 05-25 | | 8.32 | 23,590.72 |
| 5/26 | | Bill Pay LA Dp.W.P Recurringxxxxxxx4129 on 05-26 | | 66.00 | |
| 5/27 | | Bill Pay House Ins. on-Line xxx xxxxx3749 on 05-27 | | 178.25 | |
| 5/27 | | Check Crd Purchase 05/26 Pinnale Security LLC 877-746-7233 UT 434256xxxxxx1778 147040009963754 ?McC=7393 121042882DA01 | | 32.99 | 23,379.48 |
| 5/28 | | Ihes St of CA Inssedv 052610 192491855208670 Grigoryen, Violeta | 266.08 | | |
| 5/28 | | Interest Payment | 0.84 | | 23,646.40 |
| | | Ending balance on 5/31 | | | 23,646.40 |
| | | **Totals** | $30,419.18 | $41,149.21 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ *Converted check:Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1806 | 5/20 | 83.05 |

*Hat ck may Be Hat I give Him* (handwritten)

4-30-10

I Sarkis Devtyan take
Ck # 2511 For I.V. Auto
$ For Buying Car For B2
Auto shop.

| | | |
|---|---|---|
| 669849 | FNMA # | DATE COMPLETED 6/1/2010 | RQD' BY | DAN KECH |

ORDERED FOR  EXPRESS LENDING IN - N67030
600 WEST BROADWAY SUITE 110
GLENDALE, CA 91204

DATE COMPLETED 6/1/2010    RQD' BY  DAN KECH
DATE ORDERED  6/1/2010
REPOSITORIES  XP/TU/EF    PRPD' BY
PRICE    $16.42    LOAN TYPE
REF. #    KARO

PROPERTY ADDRESS

APPLICANT
APPLICANT  DAVTYAN, SARKIS
SOC SEC #  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    DOB
MARITAL STATUS

CO-APPLICANT
CO-APPLICANT  TUMANYAN, YERMINE
SOC SEC #  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    DOB
DEPENDENTS

PUBLIC RECORDS

Docket #: SQ20072351144
Source: XP/TU/EF

Amount: $2,760    Action Type: STATE TAX LN
Status Date: 10/07    Status: NOT RELEASED

B  B LOS ANGELES COUNTY REC
Docket #: SQ20090428385
Source: XP/EF

File Date: 03/09    Plaintiff:
Amount: $2,544    Action Type: STATE TAX LN
Status Date: 03/09    Status: NOT RELEASED

B  B LOS ANGELES COUNTY REC
Docket #: SQ20072445171
Source: XP/TU/EF

File Date: 10/07    Plaintiff:
Amount: $2,125    Action Type: STATE TAX LN
Status Date: 07/08    Status: RELEASED

J  B LA RECORDERS OFFICE
Docket #: EC042774
Source: TU/EF

File Date: 05/07    Plaintiff: JOSEPH C GYDOSH
Amount: $110,585    Action Type: JUDGMENT
Status Date: –/–    Status: JUDGMENT

## DEROGATORY SUMMARY

| | | | | |
|---|---|---|---|---|
| CHARGE OFFS: | 8 | 30 DAYS: | 15 | INQUIRIES: 13 |
| COLLECTIONS: | 8 | 60 DAYS: | 11 | MOST RECENT LATE: undetermined |
| BANKRUPTCY: | 0 | 90 DAYS: | 11 | |
| PUBLIC RECORDS: | 5 | OTHER: | 1 | |

## TRADE SUMMARY

| | # | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 7 | 317343 | 332042 | 2129 | 21853 |
| AUTO | 5 | 0 | 0 | 0 | 0 |
| EDUCATION | 1 | 17562 | 17563 | 199 | 0 |
| OTHER INSTALLMENT | 1 | 0 | 0 | 0 | 0 |
| OPEN | 4 | 1980 | 1768 | 1980 | 1980 |
| REVOLVING | 16 | 1237 | 1501 | 1161 | 1151 |
| OTHER | 5 | 11924 | 10209 | 93 | 11924 |
| TOTAL | 39 | 350046 | 363083 | 5562 | 36908 |

| | | | |
|---|---|---|---|
| SECURED DEBT | 317343 | OLDEST TRADELINE | 02/98 |
| UNSECURED DEBT | 32703 | DEBT/HIGH CREDIT | 115% |

## DEROGATORY SUMMARY

| | | | | |
|---|---|---|---|---|
| CHARGE OFFS: | 8 | 30 DAYS: | 15 | INQUIRIES: 13 |
| COLLECTIONS: | 8 | 60 DAYS: | 11 | MOST RECENT LATE: undetermined |
| BANKRUPTCY: | 0 | 90 DAYS: | 11 | |
| PUBLIC RECORDS: | 5 | OTHER: | 1 | |

## REMARKS

1 - SARKIS DAVTYAN YOB: 1972
EXPERIAN OFAC NAME MATCHING SERVICE: NO MATCH FOUND UNLESS OTHERWISE INDICATED
2 - YERMINE TUMANYAN YOB: 1976
EXPERIAN OFAC NAME MATCHING SERVICE: NO MATCH FOUND UNLESS OTHERWISE INDICATED

CREDITORS

AMEX    PO BOX 297871, FORT LAUDERDALE FL 33329    BYMAILONLY
ANDERSON FIN NETWORK I    P O BOX 3427, BLOOMINGTON, IL 61702    888-216-2408

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

CERTIFIED CREDIT LINK: 1415 E. COLORADO, GLENDALE, CA 91205 (P) 818-500-0495 (F) 818-500-0497
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. It must be held in strict confidence and used in compliance with the provisions of Public Law 91-508, the Fair Credit

# PROMISSORY NOTE

**Principal amount: $80,000.00**

**DATE, May/25/2010**

**FOR VALUE RECEIVED, I, Davtyan, Sarkis (Borrower) promise to pay Gregorian, Violetta (Lender) the sum of Eighty Thousand Dollars ($_80,000.00__), and interest at the yearly rate of __0_% on the unpaid balance as specified below.**

**Repayment shall be made in _____0_____ weekly/monthly installments, consisting of $___0___per installment on the ___N/A_ day of each week/month and continue through for ___N/A___ week/months, or until the principal is paid in full.**

**OR, Borrower will pay one lump payment in lawful money of the United States on: July/31/2010.**

**If the Borrower fails to make an installment payment when due or fails to comply with any other term of this promissory note, the loan will be considered in default. The Beneficiary has the right to foreclose the property located at 11675 Vanowen St. North Hollywood, CA 91605.**

**Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by the _11675 Vanowen St. North Hollywood, CA 91605.**

**Payments will be applied first to interest and then to principal.**

**This note may be prepaid by the Borrower at any time in whole or in part without premium or penalty.**

In the event of the Borrower's death, the unpaid indebtedness remaining on the note shall be canceled.

The Borrower must promptly inform the Lender of any change in name or address.

If the Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's court costs, collection agency costs, and attorney's fees in an amount the court finds to be reasonable.

IN WITNESS WHEREOF, I set my hand under seal this 01 ST th day of June , 2010 and I acknowledge receipt of a completed copy of this instrument.

SARKIS DAVTYAN

**Borrower's Signature**
**Permanent Address:**
1517 CLEVELAND RD Glendale CA 91202

**Social Security Number:**
570 99 7368
**Driver's Licence Number:**
AY013286

**Notary Public - SEAL**
**My Commission Expires** 11 / 03 / 2011



MANIA BADMAGRIAN
Commission # 1772001
Notary Public - California
Los Angeles County
My Comm. Expires Nov 3, 2011

# PROMISSORY NOTE

**Principal amount: $80,000.00**

**DATE, May/25/2010**

**FOR VALUE RECEIVED, I, Davtyan, Sarkis (Borrower)
promise to pay Gregorian, Violetta (Lender) the sum of
Eighty Thousand Dollars ($_80,000.00__), and interest
at the yearly rate of __0_% on the unpaid balance as
specified below.**

**Repayment shall be made in _____0_____
weekly/monthly installments, consisting of
$___0____per installment on the ____N/A_ day of each
week/month and continue through for ____N/A___
week/months, or until the principal is paid in full.**

**OR, Borrower will pay one lump payment in lawful
money of the United States on: July/31/2010.**

**If the Borrower fails to make an installment payment
when due or fails to comply with any other term of this
promissory note, the loan will be considered in default.
The Beneficiary has the right to foreclose the property
located at** 1517 Cleveland Rd., Glendale, CA 91202.

**Borrower agrees that until the principal and interest
owed under this promissory note are paid in full, this
note will be secured by the** 1517 Cleveland Rd., Glendale,
CA 91202. **Payments will be applied first to interest and then
to principal.**

**This note may be prepaid by the Borrower at any time in whole
or in part without premium or penalty.**

In the event of the Borrower's death, the unpaid indebtedness remaining on the note shall be canceled.

The Borrower must promptly inform the Lender of any change in name or address.

If the Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's court costs, collection agency costs, and attorney's fees in an amount the court finds to be reasonable.

**IN WITNESS WHEREOF, I set my hand under seal this** 01st th day of June _____, 20 10 **and I acknowledge receipt of a completed copy of this instrument.**

SARKIS DAVTYAN

_____
**Borrower's Signature**
**Permanent Address:**
1517 CLEVELAND RD Glendale CA 91202
_____

_____
**Social Security Number:**
570 99 7368
_____
**Driver's Licence Number:**
A4013286
_____



_____
**Notary Public – SEAL**
**My Commission Expires** __11 / 03 / 2011__

MANIA BADMAGRIAN
Commission # 1772001
Notary Public - California
Los Angeles County
My Comm. Expires Nov 3, 2011

May 19, 2010

I, Sarkis Davtyan, (a married man) state that I borrowed $160,000.00 (one hundred and sixty thousand of American Dollars) from Violetta Gregorian.

Sarkis Davtyan   _~~signature~~_

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _1st_ DAY OF _June_ _2010_

Social Security   _520 997368_

NOTARY PUBLIC

Home Address   _1517 Cleveland RD   Glendale  CA 91202_

Violetta Gregorian   _____

MANIA BADMAGRIAN
Commission # 1772001
Notary Public · California
Los Angeles County
My Comm. Expires Nov 3, 2011

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 116 W. Stocker Street, Suite 1, Glendale Ca 91202.

On May 16, 2011, I served the document described as **COMPLAINT TO DETERMINE NON-DISCHARGE-ABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(2)(A); upon the** interested parties in this action in sealed envelopes addressed as follows:

SERVICE LIST

_____    **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Arcadia, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

_____    **(By Overnight Delivery)**

_____    **(By Facsimile Transmission)**

_____    **(By Personal Service)** I caused the delivery of such envelope by hand to the offices of the addressee.

Executed on May 16, 2011, at Glendale, California.

__xx____    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Manuel Philibert_

**SERVICE LIST**

Trustee
Sam S. Leslie
3435 Wilshire Blvd, Suite 990
Los Angeles, CA 90010
(213) 368-5000

U.S. Trustee
United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Sean Keshishyan
1201 N. Pacific Ave, Suite 204
Glendale Ca 91202
(818) 246-6934

Sarkis Davtyan
1517 Cleveland Road
Glendale Ca 91202

Carolyn A. Dye
3435 Wilshire Blvd, Suite 990
Los Angeles Ca 90010